# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

SHANNON DUNHAM, )
)
        Plaintiff, )
)
    vs. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
        Defendant. )
)
_____ )

NO.  CV-08-233-CI

**JUDGMENT IN A
CIVIL CASE**

## DECISION BY THE COURT:

    This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that:

    Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of  42 USC § 405(g), and Judgment is entered for Plaintiff.

    DATED this 2nd day of October, 2009.

JAMES R. LARSEN
District Court Executive/Clerk


by: _____
          Deputy Clerk

cc: all counsel